IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LAURA MARIE BAILEY, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-241(WLS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 3, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 3rd day of August, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk