IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LAURA MARIE BAILEY, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-cv-241 (WLS-TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed April 6, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,686.96, filing fees in the amount of $400, and service fees by certified mail in the amount of $21.15, for a total of $9,108.11.

This 6th day of April, 2023.

David W. Bunt, Clerk

s/  Kathleen S. Logsdon, Deputy Clerk